George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)



**Order Filed on August 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Raymond Sbarro | Case No. 18-19001 MBK |
| Debtor(s) | August 20, 2019 |

### ORDER TO APPROVE LOAN MODIFICATION

The Relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to approve the loan modification.

    IT IS hereby **ORDERED** as follows:

1. That the permanent loan modification is approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order